Daniel R. **MEYERS, Jr.,**
**Plaintiff–Appellant,**

v.

The M/V **EUGENIO C, its engines,**
**tackle, apparel, etc., et al.,**
**Defendants,**

and

Costa **Armatori, S.P.A.,**
**Defendant–Appellee.**

No. 87–3457.

United States Court of Appeals,
Fifth Circuit.

Aug. 8, 1988.

ON PETITION FOR REHEARING

Before RUBIN, GARWOOD, and JONES, Circuit Judges.

PER CURIAM:

The motion for rehearing is GRANTED and the case is assigned to the oral-argument calendar. Judge Rubin dissents from the granting of the motion for rehearing.